BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

**E-filed 1/11/06**

Counsel for Defendant JOSE PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00762-JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| JOSE PEPE PRADO, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Susan Knight and defendant, Jose Prado, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for January 11, 2006, at 9:00 a.m., should be continued to February 8, 2006 at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Mr. Prado needs additional time to investigate this case and to collect prior criminal records before she can advise Mr. Prado on whether or not he should file motions, enter a plea or proceed to trial.  Additionally, counsel for Mr. Prado is unavailable on January 11, 2006.  The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Prado the time necessary for effective preparation, taking into account the exercise of due diligence.

1  SO STIPULATED.

2

3  Dated: January 6, 2006                    _____/s/_____
                                              ANGELA M. HANSEN
4                                             Assistant Federal Public Defender

5

6  Dated: January 6, 2006                    _____/s/_____
                                              SUSAN KNIGHT
7                                             Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 1/11/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00762-JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| ) | |
| v. ) | |
| ) | |
| JOSE PEPE PRADO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for January 11, 2006 at 9:00 a.m. is continued to February 8, 2006 at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 11, 2006 through and including February 8, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: January 11, 2006

_____
JEREMY FOGEL
United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26