1  BARRY J. PORTMAN                      **E-filed 1/31/06**
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE PRADO

6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,        )      No. CR 05-00762-JF
11                                      )
                 Plaintiff,           )
12                                      )
   v.                                  )      **STIPULATION AND [**~~PROPOSED~~**]**
13                                      )      **ORDER TO CONTINUE STATUS DATE**
   JOSE PEPE PRADO,                    )
14                                      )
                 Defendant.          )
15   _____)

16
       Assistant United States Attorney Susan Knight and defendant, Jose Prado, through his
17
counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status
18
date in the above-captioned matter, presently scheduled for February 8, 2006, at 9:00 a.m.,
19
should be continued to March 8, 2006 at 9:00 a.m.
20
       The parties stipulate and agree that the status date should be continued because counsel
21
for Mr. Prado needs additional time to investigate this case and to collect prior criminal records
22
before she can advise Mr. Prado on whether or not he should file motions, enter a plea or proceed
23
to trial.  Additionally, counsel for the government needs additional time to obtain a tape of an
24
immigration hearing, which the defense has requested in discovery.  The parties further stipulate
25
and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the
26
continuance requested outweigh the best interest of the defendant and public in a speedy trial

because the failure to grant such a continuance would unreasonably deny Mr. Prado the time

1  necessary for effective preparation, taking into account the exercise of due diligence.

2

3  SO STIPULATED.

4

5  Dated: January 26, 2006                                  _____/s/_____
                                                            ANGELA M. HANSEN
6                                                           Assistant Federal Public Defender

7

8  Dated: January 26, 2006                                  _____/s/_____
                                                            SUSAN KNIGHT
9                                                           Assistant United States Attorney

\*\*E-filed 1/31/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 05-00762-JF |
|                                 ) | |
| Plaintiff,     ) | **[P~~ROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
|                                 ) | |
| v.                              ) | |
|                                 ) | |
| JOSE PEPE PRADO,                ) | |
|                                 ) | |
| Defendant.     ) | |
| _____ ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for February 8, 2006 at 9:00 a.m. is continued to March 8, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 8, 2006 through and including March 8, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: January 31, 2006

_____
JEREMY FOGEL
United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26