BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOSE PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PEPE PRADO,<br><br>Defendant. | No. CR 05-00762-JF<br><br>**STIPULATION AND<br>ORDER TO CONTINUE STATUS DATE** |

  Assistant United States Attorney Susan Knight and defendant, Jose Prado, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for March 8, 2006, at 9:00 a.m., should be continued to March 29, 2006.

  The parties stipulate and agree that the status date should be continued because counsel for Mr. Prado needs additional time to investigate this case and to collect prior criminal records before she can advise Mr. Prado on whether or not he should file motions, enter a plea or proceed to trial.  Additionally, counsel for Mr. Prado needs additional time to review tapes of an immigration hearing, which were recently provided to the defense in discovery.  The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Prado

1 | the time necessary for effective preparation, taking into account the exercise of due diligence.

2

3 | SO STIPULATED.

4

5 | Dated: March 6, 2006                             _____/s/_____
                                                              ANGELA M. HANSEN
6 |                                                           Assistant Federal Public Defender

7

8 | Dated: March 6, 2006                             _____/s/_____
                                                              SUSAN KNIGHT
9 |                                                           Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00762-JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| ) | |
| v. ) | |
| ) | |
| JOSE PEPE PRADO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for March 8, 2006 at 9:00 a.m. is continued to March 29, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 8, 2006 through and including March 29, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: March _7_, 2006

                                                              _____
                                                              JEREMY FOGEL
                                                              United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26